IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANDRE BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-00898-JD |
| | ) |
| DR. MICHAEL YOST and | ) |
| COMANCHE MEMORIAL HOSPITAL, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Chris M. Stephens [Doc. No. 7] recommending that Plaintiff's application to proceed without prepayment of fees or costs [Doc. No. 2] and Plaintiff's amended application [Doc. No. 6] be denied and Plaintiff be ordered to pay the filing fee in full to the Clerk of Court within twenty-one (21) days of any order adopting the Report and Recommendation. [Doc. No. 7 at 4]. Judge Stephens advised Plaintiff of his right to file an objection to the Report and Recommendation with the Clerk of Court by September 17, 2025, and that failure to timely object to the Report and Recommendation waives the right to appellate review of both factual and legal issues contained in the Report and Recommendation. *Id.*; *see also* 28 U.S.C. § 636.

The record reflects that no objection to the Report and Recommendation has been filed by the deadline, and no extension of time to do so has been requested. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991) (explaining that the Tenth Circuit's "firm waiver rule" "provides that the failure to make timely objection to the magistrate

[judge]'s findings or recommendations waives appellate review of both factual and legal questions").

The Court therefore **ADOPTS** and **ACCEPTS** the Report and Recommendation [Doc. No. 7] in its entirety for the reasons stated therein. The Court **DENIES** Plaintiff's application to proceed without prepayment of fees or costs [Doc. No. 2] and his amended application [Doc. No. 6]. The Court **ORDERS** Plaintiff Andre Butler to pay the $405.00 filing fee to the Clerk of Court within 21 days of this Order or by **November 6, 2025**. Failure to comply with this Order and pay the full filing fee to the Clerk of Court in full by the deadline of **November 6, 2025**, will result in this action being dismissed without prejudice and without further warning and opportunity to cure.

IT IS SO ORDERED this 16th day of October 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE